**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 30, 2026**



In The

# Fifteenth Court of Appeals

### NO. 15-25-00143-CV

**KELLY HANCOCK, ACTING TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS, Appellants**

**V.**

**CHAMPIONX, LLC, Appellee**

**On Appeal from the 53rd District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-23-000226**

### MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the appeal with prejudice. We grant the motion and dismiss the appeal with prejudice.[1]

---

[1]    *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

Before Chief Justice Brister and Justices Field and Farris.